1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAZHA ZEIRA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C05-5047-RJB<br><br><br><br>ORDER EXTENDING DEADLINES |

   Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including July 25, 2005, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including August 8, 2005, to file Plaintiff's Reply Brief.

Page 1 ORDER - [C05-5011-FDB]

1

2  DATED this 24TH day of June, 2005.

3

4

5                                              /s/ Karen L. Strombom
                                               Karen L. Strombom
6                                              United States Magistrate Judge

7

8  Presented by:

9
   s/ STEPHANIE R. MARTZ    WSB # 28636
10 Special Assistant U.S. Attorney
   Office of the General Counsel
11 701 Fifth Ave, Ste 2900
12 Seattle, WA 98104
   Phone: (206) 615-2272
13 Fax: (206)615-2531
   stephanie.martz@ssa.gov
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 Page 2 ORDER - [C05-5011-FDB]