UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAZHA ZEIRA, | Civil No. C05-5047-RJB |
| Plaintiff, | |
| vs. | ORDER OF REMAND |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II and Supplemental Security Income disability benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will hold a de novo hearing and develop the record to determine if Plaintiff's past relevant work as an adult telephone operator was done within the last 15 years, lasted long enough for Plaintiff to learn to do it; and was substantial gainful activity. If necessary, the ALJ will consider step five of

Page 1 ORDER OF REMAND - [C05-5047-RJB]

the sequential evaluation process, with the assistance of a vocational expert.  The ALJ will also consider other evidence that may be submitted.

DATED this 11th day of July, 2005.

Robert J. Bryan
United States District Judge

Recommended for Entry:

  s/ Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE


Presented by:

s/ STEPHANIE R. MARTZ    WSB # 28636
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2272
Fax: (206)615-2531
stephanie.martz@ssa.gov

Page 2 ORDER OF REMAND - [C05-5047-RJB]